UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOEL E. UNRUH AND § | | |
| LUZ M. UNRUH § | | |
| § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | | Civil Action No. 4:22-cv-00030 |
| § | | |
| CENLAR FSB AND SECURITY, § | | |
| NATIONAL MORTGAGE COMPANY § | | |
| § | | |
| *Defendants* § | | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs Joel E. Unruh and Luz M. Unruh ("Plaintiffs"), file this Unopposed Motion to Dismiss pursuant to FED. R. CIV. P. 41(a)(2) and would respectfully show the Court the following:

The Original Petition was filed on December 5, 2021. Defendants Cenlar FSB and Security National Mortgage Company removed this case to Federal Court on January 5, 2021.

Defendant filed its answer on January 4, 2021. There are no pending counterclaims. All claims are disposed of. Each party will bear their own costs.

Accordingly, Plaintiffs file this Unopposed Motion to Dismiss with Prejudice.

Respectfully submitted this 7 day of April 2022,

THE LANE LAW FIRM, P.L.L.C

By: */s/ Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
S.D. Bar No. 570982

> Joshua D. Gordon
> State Bar No. 24091592
> S.D. Tex. No. 3086982
> Christopher C. West
> State Bar No. 24102639
> S.D. Tex. No. 3471887
> chris.west@lanelaw.com
> 6200 Savoy Drive, Suite 1150
> Houston, Texas 77036
> notifications@lanelaw.com
> joshua.gordon@lanelaw.com
> chris.west@lanelaw.com
> (713) 595-8200
> (713) 595-8201 Facsimile
> *Attorneys for Plaintiffs*

## Certificate of Conference

On April 4, 2022 I conferred with counsel for Defendants regarding this motion. The motion is unopposed.

> */s/ Joshua D. Gordon*
> Joshua D. Gordon

## Certificate of Service

The undersigned attorney certifies that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of Court by using the CM/ECF system and a copy of same is being served on counsel of record on this 7 day of April 2022.

Danya F. Gladney
SBOT 24059786
Nicole M. Bartee SBOT 24001674
400 N. Sam Houston Parkway East, Suite 900-A
Houston, TX 77060
Telephone: 281-925-5200
Email:  danya.gladney@tx.cslegal.com
**ATTORNEYS FOR DEFENDANTS**

> */s/ Joshua D. Gordon*
> Joshua D. Gordon