UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOEL E. UNRUH AND<br>LUZ M. UNRUH<br><br>*Plaintiffs*,<br><br>v.<br><br>CENLAR FSB AND SECURITY,<br>NATIONAL MORTGAGE COMPANY<br><br>*Defendants* | Civil Action No. 4:22-cv-00030 |

### ORDER OF DISMISSAL WITH PREJUDICE

After considering Plaintiffs' Unopposed Motion to Dismiss With Prejudice, the Court will grant the relief requested.

It is therefore ORDERED that all claims brought by Plaintiffs in this matter are dismissed with prejudice. Each party will bear its own costs. This action disposes of the case in its entirety.

Signed on ___April 7___, 2022, at Houston, Texas.

_____
United States District Judge